UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60726-CIV-DIMITROULEAS

MAUREEN MORGAN,                                              Magistrate Judge Rosenbaum

      Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of the Social Security
Administration,

      Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION AND FINAL ORDER CLOSING CASE

THIS CAUSE is before the Court upon the Defendant's Motion for Summary Judgment [DE 11] filed on December 3, 2007, the Plaintiff's Motion for Summary Judgment [DE 13] filed on January 30, 2007 and the Report and Recommendation [DE 16] of Magistrate Judge Robin S. Rosenbaum, dated September 19, 2008.  The Court notes that neither party has filed any objections to the Report and Recommendation and that the time for filing such objections has passed.

As no timely objections were filed, the Magistrate Judge's factual findings in the Report and Recommendation are hereby adopted and deemed incorporated into this opinion.  Loconte v. Dugger, 847 F.2d 745 (11th Cir. 1988), *cert. denied* 488 U.S. 958 (1988); RTC v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).  As to the legal conclusions of the Magistrate Judge, despite the failure of the parties to file objections to the Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo*

review of the entire court record herein, including the underlying Motion and the Report and Recommendation, and is otherwise fully advised in the premises.

In her Report, the Magistrate recommends that the Court Grant the Defendant's Motion for Summary Judgment and Deny the Plaintiff's Motion for Summary Judgment. The Court agrees with the reasoning and analysis of the Magistrate Judge in this case.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation [DE 16] is hereby **ADOPTED**;

2. The Defendant's Motion for Summary Judgment [DE 11], is hereby **GRANTED**;

3. The Plaintiff's Motion for Summary Judgment [DE 13] is hereby **DENIED**;

4. All other pending motions are denied as moot;

5. The Clerk shall close this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 14th day of October, 2008.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Magistrate Judge Rosenbaum

Counsel of record